UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA HACKETT, et al., | ) Case No. 06cv2272-H (WMc) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| THE PROCTOR AND GAMBLE COMPANY, | ) |
| Defendants. | ) |

A telephonic status was held in the above captioned case on September 7, 2007. Participating was Jason Hartley, Esq.(counsel for plaintiff). James Poth, Esq.(counsel for defendant)failed to appear. Therefore, the Court issues the following Order:

1. Counsel and parties with full settlement authority are ordered to appear *on October 23, 2007* at *2:00 p.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference/Settlement Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference**

1  **has the unfettered discretion and authority to: 1) fully explore**
2  **settlement options and to agree at that time to any settlement**
3  **options; 2) agree at that time to any settlement terms acceptable**
4  **to the parties; 3) change the settlement position of a party; and**
5  **4) negotiate monetary awards without being restricted to a**
6  **specific sum certain**.

7       2. Attorney James Poth should be prepared to address why he
8  failed to participate at the September 7, 2007, telephonic status
9  conference and why sanctions should not be imposed.

10      IT IS SO ORDERED.
11 DATED: September 21, 2007

13                              Hon. William McCurine, Jr.
                                U.S. Magistrate Judge
14                              United States District Court

15
   COPY TO:
16
   HONORABLE MARILYN HUFF
17 U.S. DISTRICT JUDGE

18 ALL COUNSEL AND PARTIES OF RECORD